IN THE SUPREME COURT OF THE STATE OF NEVADA

SOLOMON M. BROOKS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83747

FILED

DEC 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of prohibition challenging district court proceedings in case numbers 21-CR-019599, 21-CR-21300, and 17M300089X.

On November 9, 2021, this court issued a notice directing petitioner to provide proof of service upon respondents. Petitioner failed to do so. Additionally, petitioner failed to provide this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004)

21-34518

("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.                    _____, J.
Parraguirre                                       Stiglich

cc:     Solomon M. Brooks
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2